

FILED
DEC 1 1 2018
Clerk, U.S District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENISE L. SHARP,

    Defendant.

Case No. CR-17-69-GF-BMM-JTJ-6

FINDINGS AND
RECOMMENDATION
CONCERNING PLEA

    The Defendant, by consent, has appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to the charges of Theft from an Indian Tribal Government Receiving Federal Funding, in violation of 18 U.S.C. § 666(a)(1)(A), 2 and Wire Fraud in violation of 18 U.S.C. § 1343 and 2, as set forth in the Superseding Indictment.

    After examining the Defendant under oath, I have made the following determinations:

    1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal counts charged against her;

    2. That the Defendant is aware of the nature of the charges against her and consequences of pleading guilty to the charges in Counts I and II;

3. That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights by pleading guilty;

4. That the plea of guilty to the criminal counts charged against her are knowingly and voluntarily entered, and are supported by independent factual grounds sufficient to prove each of the essential elements of the criminal counts charged in Counts I and II;

Therefore, I recommend that the Defendant be adjudged guilty of Counts I and II of the Superseding Indictment and that sentence be imposed. A presentence report has been ordered.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the presentence report.**

DATED this 11th day of December, 2018.

_____
John Johnston
United States Magistrate Judge